Certification issu
Kansas Secretary

*Scott Schwab*

# APOSTILLE

(Convention de La Haye du 5 octobre 1961)

1. Country: United States of America

   This Public Document

2. has been signed by MARIA VICTORIA PORTUGUEZ

3. acting in the capacity of Notary Public

4. bears the seal/stamp of the State of Kansas

                    Certified

5. at Topeka, Kansas

6. the 10th day of November, A.D. 2020

7. by Scott Schwab, Secretary of State

8. No. 20-05485

9. Seal/Stamp:                    10. Signature



This Apostille is not valid for use anywhere within the
United States of America, its territories or possessions.

EXHIBIT A-1b



**LEGAL LANGUAGE SERVICES**

*A Division of ALS International, Inc.*
8014 State Line Road
Suite 110
Leawood, KS 66208

Telephone  (913) 341-3167
Toll Free     (800) 755-5775
Telefax      (913) 341-3168
www.legallanguage.com

**November 3, 2020**
*3 Νοεμβρίου 2020*

**To whom it may concern:**
*Προς οποιονδήποτε δικαιούται να γνωρίζει:*

**This is to certify that the attached translation from English into Greek is an accurate representation of the document received by this office.  This document is designated as:**
*Με το παρόν βεβαιώνουμε ότι η συνημμένη μετάφραση από την αγγλική στην ελληνική αποτελεί ακριβή απόδοση του εγγράφου που λήφθηκε από αυτό το γραφείο.  Αυτό το έγγραφο είναι το εξής:*

**Citation for Personal Service**
*Κλήτευση Προσωπικής Επίδοσης*

**Gayla J. Dawson, Manager of this company, certifies that Maria Kassomenakis, who translated this document, is fluent in Greek and standard North American English and qualified to translate.  He/She attests to the following:**
*Gayla J. Dawson, ο Διευθυντής αυτής της εταιρίας, πιστωποιεί ότι ο/η Maria Kassomenakis, που μετέφρασε το έγγραφο, μιλάει άπταιστα ελληνικά και αγγλικά της Βόρειας Αμερικής και ότι έχει τα προσόντα να μεταφράζει. Αυτός/Αυτή πιστοποιεί τα ακόλουθα:*

**"To the best of my knowledge, the accompanying text is a true, full and accurate translation of the specified document".**
*"Σύμφωνα με αυτά που μπορώ να γνωρίζω, το συνοδευτικό κείμενο αποτελεί αληθή, πλήρη και ακριβή μετάφραση του συγκεκριμένου εγγράφου."*

_____
**Signature of Gayla J. Dawson**

Subscribed and sworn to before me this on November 3, 2020.

_____
**Maria Victoria Portuguez**
**Notary Public, State of Kansas**
**Qualified in Johnson County**
**Commission Expires July 12, 2021**

*(Notary seal: MARIA VICTORIA PORTUGUEZ NOTARY — MY APPOINTMENT EXPIRES 7-12-2021 — PUBLIC — STATE OF KANSAS)*

*Υπογραφή Gayla J. Dawson*
*Συμπληρώθηκε και επικυρώθηκε με ορκομωσία ενώπιόν μου, σήμερα στις 3 Νοεμβρίου 2020.*

*Maria Victoria Portuguez*
*Συμβολαιογράφος, Πολιτεία του Κάνσας*
*Άδεια λειτουργίας στην Κομητεία Τζόνσον*
*Η άδεια λήγει στι 12 Ιούλιος 2021*

**Sincerely,** *Ειλικρινώς,*
**Victor J. Hertz**
**President/***Πρόεδρος*

ΠΡΩΤΟΤΥΠΗ

**Κλήτευση Προσωπικής Επίδοσης – ΜΗ ΚΑΤΟΙΚΟΣ**

Αριθμός Υπόθεσης: **2020DCV-3087-H**

ΠΟΛΙΤΕΙΑ ΤΕΞΑΣ [TEXAS]

ΕΙΔΟΠΟΙΗΣΗ ΣΤΟΝ ΕΝΑΓΟΜΕΝΟ: Σας έχουν μηνύσει. Μπορείτε να προσλάβετε δικηγόρο. Εάν εσείς ή ο δικηγόρος σας δεν απαντήσετε εγγράφως στον γραμματέα που εξέδωσε αυτή την Κλήτευση έως τις 10:00 π.μ. της Δευτέρας που ακολουθεί αμέσως μετά από την προθεσμία είκοσι ημερών μετά την επίδοση σε σας της κλήτευσης και της αιτήσεως, μπορεί να εκδοθεί ερήμην σας απόφαση εναντίον σας.

ΠΡΟΣ:  Αλεξάνδρα Μαριτάϊμ, Αε [**Alexandra Maritime, Sa**]
Λεωφόρος Βουλιαγμένης 141-143 [**141-143 Vouliagmenis Avenue**]
Βούλα 155 73 [**Voula 155 73**]
Αθήνα [**Athens Greece**]

Εναγόμενη,

ΧΑΙΡΕΤΙΣΜΟΣ: Εντέλλεσθε να παρουσιασθείτε καταθέτοντας έγγραφη απάντηση στην **Αρχική Κλήτευση του Ενάγοντα Με τις Επισυναπτόμενες Πάγιες Εντολές Covid και Ειδοποίηση** στις ή πριν τις 10:00 π.μ. της Δευτέρας που ακολουθεί αμέσως μετά από την προθεσμία είκοσι ημερών μετά την επίδοση σε σας αυτής της Κλήτευσης ενώπιον της **Εντιμότατης Μίσι Μιντάρι [Missy Medary], 347ου Περιφερειακού** Δικαστηρίου στην Κομητεία Νουέσες [Nueces], Τέξας [Texas], στο Δικαστικό Μέγαρο της εν λόγω Κομητείας στο Κόρπους Κρίστι [Corpus Christi], Τέξας [Texas]. Η εν λόγω Αίτηση κατατέθηκε στις 26 Αυγούστου 2020. Αντίγραφο αυτής συνοδεύει αυτή την Κλήτευση. Ο αριθμός αρχείου της εν λόγω μήνυσης είναι: **2020DCV-3087-H**

Το όνομα της υπόθεσης είναι: **Πασκουάλ Αλβαράντο εν. Μινέρβα Μαρίν, Ινκ., Αλεξάνδρα Μαριτάϊμ, ΑΕ [Pascual Alvarado vs. Minerva Marine, Inc., Alexandra Maritime, SA]**

Η εν λόγω Αίτηση κατατέθηκε στο εν λόγω δικαστήριο από τον **Ρόμπερτ Τζ. Σίγκλερ [Robert J. Sigler]**, δικηγόρο του Ενάγοντα, του οποίου η διεύθυνση είναι 802 Ν Καρανκαούα Σουΐτα 1400, Κόρπους Κρίστι, TX 78401 [802 N Carancahua Ste 1400 Corpus Christi TX 78401].

Η φύση της απαίτησης παρουσιάζεται πλήρως από ακριβές και σωστό αντίγραφο της Αίτησης που συνοδεύει αυτή την Κλήτευση και αποτελεί μέρος αυτής.

Ο αξιωματούχος που εκτελεί αυτό το ένταλμα θα το ταχυδρομήσει άμεσα σύμφωνα με τις απαιτήσεις του νόμου και τις διατάξεις αυτού, και θα το επιστρέψει εγαίρως όπως διατάσσει ο νόμος.

Εκδόθηκε και υπογράφηκε και σφραγίσθηκε από το εν λόγω δικαστήριο στο Κόρπους Κρίστι, Τέξας [Corpus Christi, Texas], στις 11 Σεπτεμβρίου 2020.

ΚΟΜΗΤΕΙΑΚΑ &
ΠΟΛΙΤΕΙΑΚΑ
ΔΙΚΑΣΤΗΡΙΑ,
ΚΟΜΗΤΕΙΑ
ΝΟΥΕΣΕΣ, ΤΕΞΑΣ
[NUECES COUNTY,
TEXAS]

**ΑΝ ΛΟΡΕΝΤΖΕΝ [ANNE LORENTZEN], ΓΡΑΜ. ΠΕΡΙΦΕΡΕΙΑΣ**
ΚΟΜΗΤΕΙΑ ΝΟΥΕΣΕΣ, ΤΕΞΑΣ [NUECES COUNTY, TEXAS]
901 ΛΕΠΑΡΝΤ ΣΤΡΙΤ, ΔΩΜ. 313 [901 LEOPARD STREET, ROOM 313]
ΚΟΡΠΟΥΣ ΚΡΙΣΤΙ, ΤΕΞΑΣ 78401 [CORPUS CHRISTI, TEXAS 78401]

ΑΠΟ: _____ [Υπογραφή]_____, Βοηθός
Νάντια Κοντρέρας [Nadia Contreras]

### ΕΠΙΣΤΡΟΦΗ ΕΠΙΔΟΣΗΣ

**2020DCV-3087-Η**

ΠΑΣΚΟΥΑΛ ΑΛΒΑΡΑΝΤΟ [PASCUAL ALVARADO]
ΕΝ.
**ΜΙΝΕΡΒΑ ΜΑΡΙΝ ΙΝΚ. [MINERVA MARINE INC.],**
**ΑΛΕΞΑΝΔΡΑ ΜΑΡΙΤΑΪΜ, ΑΕ [ALEXANDRA MARITIME, SA]**

347ο ΠΕΡΙΦ. ΔΙΚΑΣΤΗΡΙΟ

_____

Όνομα

**ΔΙΕΥΘΥΝΣΗ ΕΠΙΔΟΣΗΣ**
**Αλεξάνδρα Μαριτάϊμ, ΑΕ [Alexandra Maritime, SA]**
**Λεωφόρος Βουλιαγμένης 141-143 [141-143 Vouliagmenis Avenue]**
**Βούλα 155 73 [Voula 155 73]**
**Αθήνα [Athens Greece]**

---

### ΕΠΙΣΤΡΟΦΗ ΑΞΙΩΜΑΤΟΥΧΟΥ Ή ΕΞΟΥΣΙΟΔΟΤΗΜΕΝΟΥ ΠΡΟΣΩΠΟΥ

Προσήλθα να επιδόσω διά χειρός την _____ ημέρα του _____, 20____, στις _____ η ώρα___ μ. και εξετέλεσα στην _____ Κομητεία, Τέξας [Texas], παραδίδοντας αυτοπροσώπως στον εδώ αναγραφόμενο, ακριβές αντίγραφο αυτής της Κλήτευσης με αναγραφόμενην την ημερομηνία παράδοσης, μαζί με το συνοδευτικό αντίγραφο

_____, στην ώρα και στον τόπο ακολούθως, δηλαδή:

| ΟΝΟΜΑ | ΗΜΕΡ/ΩΡΑ | ΤΟΠΟΣ, ΔΙΑΔΡΟΜΗ & ΑΠΟΣΤΑΣΗ ΑΠΟ ΔΙΚΑΣΤΗΡΙΟ |
|---|---|---|

Και δεν εκτελέσθηκε αναφορικά με τον/ους εναγόμενο/ους, _____
Η επιμέλεια που επεδείχθη για την εύρεση του/ων ελ λόγω εναγομένου/ων:

_____
και η αιτία αποτυχίας της εκτέλεσης αυτής της διαδικασίας είναι:

_____
και οι πληροφορίες που ελήφθησαν σχετικά με το πού βρίσκονται οι εν λόγω κατηγορούμενοι:

_____

| Τέλη: | | _____, Αξιωματούχος |
|---|---|---|
| Επίδ. Αίτησης & Αντίγραφου | $ _____ | _____, Κομητεία, Τέξας [Texas] |
| Σύνολο | $ _____ | Από _____, Βοηθός |

---

### ΣΥΜΠΛΗΡΩΣΤΕ ΕΑΝ ΔΕΝ ΕΙΣΘΕ ΣΕΡΙΦΗΣ, ΧΩΡΟΦΥΛΑΚΑΣ Ή ΓΡΑΜΜΑΤΕΑΣ ΤΟΥ ΔΙΚΑΣΤΗΡΙΟΥ.

Σύμφωνα με τον Κανόνα 107: Ο αξιωματούχος ή το εξουσιοδοτημένο πρόσωπο που επιδίδει ή προσπαθεί να επιδόσει Κλήτευση θα υπογράφει την επιστροφή. Η υπογραφή δε χρειάζεται επαλήθευση. Εάν η επιστροφή υπογραφεί από άτομο άλλο εκτός σερίφη, χωροφύλακα ή γραμματέα του δικαστηρίου, η επιστροφή θα υπογράφεται επί ποινή ψευδορκίας και θα περιέχει την ακόλουθη δήλωση:
"Το όνομα μου είναι_____ , η ημερομηνία γέννησής μου είναι _____ και η

 (Πρώτο, Δεύτερο, Επίθετο)
διεύθυνσή μου είναι _____
 (Οδός, Πόλη, Πολιτεία, Τ.Κ., Χώρα)
ΔΗΛΩΝΩ ΕΠΙ ΠΟΙΝΗ ΨΕΥΔΟΡΚΊΑΣ ΟΤΙ ΤΟ ΑΝΩΤΕΡΩ ΕΙΝΑΙ ΑΚΡΙΒΕΣ ΚΑΙ ΣΩΣΤΟ.
Εκτελέσθηκε στην _____ Κομητεία, Πολιτεία _____, την _____ ημέρα του
_____, 20_____

_____
Δηλών / Εξουσιοδοτημένος Δικαστικός Επιμελητής
_____
Αρ. Ταυτότητας & Λήξη Πιστοποιητικού

**Citation for Personal Service –NON-RESIDENT**

ORIGINAL

Case Number: **2020DCV-3087-H**

THE STATE OF TEXAS

NOTICE TO DEFENDANT:   You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO:   **Alexandra Maritime, Sa**
**141-143  Vouliagmenis Avenue**
**Voula 155 73**
**Athens Greece**

the Defendant,

GREETING:   You are commanded to appear by filing a written answer to the **Plaintiff's Original Petition With Attached Covid Standing Orders And Notice** at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the **Honorable Missy Medary**, **347th District Court** of Nueces County, Texas at the Courthouse of said County in Corpus Christi, Texas. Said Petition was filed on the 26th day of August, 2020.  A copy of same accompanies this citation. The file number of said suit being Number:   **2020DCV-3087-H**

The style of the case is:  **Pascual Alvarado  vs.  Minerva Marine, Inc.,Alexandra Maritime, SA**

Said Petition was filed in said court by **Robert J. Sigler**, attorney for Plaintiff, whose address is 802 N Carancahua Ste 1400  Corpus Christi Tx  78401 .

The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly mail the same according to requirement of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said court at Corpus Christi, Texas, this 11th day of September, 2020.

**ANNE LORENTZEN, DISTRICT CLERK**
NUECES COUNTY, TEXAS
901 LEOPARD STREET, ROOM 313
CORPUS CHRISTI, TEXAS 78401
BY: _____, Deputy
Nadia Contreras

## RETURN OF SERVICE

2020DCV-3087-H

**PASCUAL ALVARADO**
**VS.**
**MINERVA MARINE,**
**INC.,ALEXANDRA MARITIME, SA**

347TH DISTRICT COURT

_____
Name

**ADDRESS FOR SERVICE**
**Alexandra Maritime, SA**
**141-143 Vouliagmenis Avenue**
**Voula 155 73**
**Athens Greece**

### OFFICER'S OR AUTHORIZED PERSON'S RETURN

Came to hand on the _____ day of _____, 20____, at _____ o'clock ___. m., and executed in _____ County, Texas by delivering to the within named defendant in person, a true copy of this Citation with the date of delivery endorsed thereon, together with the accompanying copy of the _____ _____, at the following times and places, to-wit:

| NAME | DATE/TIME | PLACE, COURSE & DISTANCE FROM COURTHOUSE |
|------|-----------|------------------------------------------|
|      |           |                                          |

And not executed as to the defendant(s), _____
The diligence used in finding said defendant(s) being:

and the cause of failure to execute this process is:

and the information received as to the whereabouts of said defendant(s) being:

| Fees: | | _____, | Officer |
|-------|--|--------------------------|---------|
| Serving Petition and Copy | $_____ | _____, | County, Texas |
| Total | $_____ | By _____, | Deputy |

### COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.

In accordance with Rule 107: The officer or authorized person who serves, or attempts to serve, a Citation shall sign the return. The signature is not required to be verified. If the return is signed by a person other than a sheriff, constable, or the clerk of the court, the return shall be signed under penalty of perjury and contain the following statement:

"My name is _____, my date of birth is _____, and my
           (First, Middle, Last)

address is _____
           (Street, City, State, Zip, Country)

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.

Executed in _____ County, State of _____, on the _____ day of _____, 20____.

_____
Declarant / Authorized Process Server

_____
ID# & Expiration of Certification