United States District Court
Southern District of Texas
**ENTERED**
December 10, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| PASCUAL ALVARADO, | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | |
| | § | CIVIL ACTION NO. 2:20-CV-00314 |
| MINERVA MARINE, INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

Pursuant to the Court's order granting Defendant Minerva Marine, Inc.'s motion for judgment as a matter of law, (D.E. 174), the Court enters final judgment dismissing Plaintiff's complaint **with prejudice**. (D.E. 1-4). The Clerk of Court is **DIRECTED** to **CLOSE** this case.

SO ORDERED.

DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Signed: Corpus Christi, Texas
December 10th, 2025